1  GREGORY C. CHENG, State Bar No. 226865
   gregory.cheng@ogletreedeakins.com
2  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
3  One Market Plaza
   San Francisco, CA  94105
4  Telephone:   415.442.4810
   Facsimile:    415.442.4870
5
   Attorneys for Defendant
6  NOVELL, INC.

7

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11 | LEE ABRAMSON, an Individual | Case No. 3:11-CV-04387-EMC |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER AND STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)** |
| vs. | |
| NOVELL, INC., a corporation, DOES 1-50, inclusive | Filed:          August 31, 2011<br>Trial Date:   None Set |
| Defendant. | |

18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

11163368_1.DOC                                                    Case No. 3:11-CV-04387-EMC
[PROPOSED] ORDER AND STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)

| | |
|---|---|
| 1 | **IT IS HEREBY STIPULATED** by and between the Parties to this action through their |
| 2 | designated counsel that the above-referenced action be and hereby is dismissed, with prejudice, |
| 3 | pursuant to FRCP Section 41(a)(1). |

DATED: November 17, 2011

LAW OFFICES OF MICHAEL T. WELCH

By: _____/s/ Michael T. Welch_____
MICHAEL T. WELCH
Attorneys for Plaintiff
LEE ABRAMSON

DATED: November 17, 2011

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _____/s/ Gregory C. Cheng_____
GREGORY C. CHENG
Attorneys for Defendant
NOVELL, INC.

## ~~PR~~OPOSED ORDER

IN LIGHT OF THE FOREGOING AND GOOD CAUSE APPEARING, it is hereby ordered that the instant action is dismissed with prejudice as to all parties and as to all causes of action. It is further ordered that the parties shall bear their own attorneys' fees and their own costs.

Dated: __11/22/11__

_____
The Honorable Edward M. Chen
USDC Northern District of California

*IT IS SO ORDERED*
*Judge Edward M. Chen*

11163368_1.DOC                 2                 Case No. 3:11-CV-04387-EMC
[PROPOSED] ORDER AND STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)