1  GREGORY C. CHENG, State Bar No. 226865
   gregory.cheng@ogletreedeakins.com
2  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
3  One Market Plaza
   San Francisco, CA  94105
4  Telephone:    415.442.4810
   Facsimile:     415.442.4870
5
   Attorneys for Defendant
6  NOVELL, INC.

7

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11 | LEE ABRAMSON, an Individual | Case No. 3:11-CV-04387-EMC |
12 | Plaintiff, | **[PROPOSED] ORDER AND STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)** |
13 | vs. | |
14 | NOVELL, INC., a corporation, DOES 1-50, inclusive | Filed:         August 31, 2011 |
15 | | Trial Date:   None Set |
16 | Defendant. | |

17

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

11163368_1.DOC                                                  Case No. 3:11-CV-04387-EMC
[PROPOSED] ORDER AND STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)

1   **IT IS HEREBY STIPULATED** by and between the Parties to this action through their designated counsel that the above-referenced action be and hereby is dismissed, with prejudice, pursuant to FRCP Section 41(a)(1).

DATED:  November 17, 2011        LAW OFFICES OF MICHAEL T. WELCH

                                 By:   _____/s/ Michael T. Welch_____
                                       MICHAEL T. WELCH
                                       Attorneys for Plaintiff
                                       LEE ABRAMSON

DATED:  November 17, 2011        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                 By:   _____/s/ Gregory C. Cheng_____
                                       GREGORY C. CHENG
                                       Attorneys for Defendant
                                       NOVELL, INC.

## PROPOSED ORDER

IN LIGHT OF THE FOREGOING AND GOOD CAUSE APPEARING, it is hereby ordered that the instant action is dismissed with prejudice as to all parties and as to all causes of action.  It is further ordered that the parties shall bear their own attorneys' fees and their own costs.

Dated:  __11/22/11__                            _____
                                                The Honorable Edward M. Chen
                                                USDC Northern District of California

IT IS SO ORDERED
Judge Edward M. Chen

11163368_1.DOC                      2                  Case No. 3:11-CV-04387-EMC
[PROPOSED] ORDER AND STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)